

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM F. BRYMER

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-1735 CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about AUGUST 28, 2003 in NORFOLK county, in the District of MASSACHUSETTS defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take from the person and presence of employees of the Telephone Workers Credit Union, money in the amount of $5,756.00, more or less, belonging to and in the care, custody, control, management and possession of the said Telephone Workers Credit Union, the deposits of which were then federally insured, and in committing the aforesaid offense, WILLIAM F. BRYMER, did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

in violation of Title 18 United States Code, Section(s) 2113(a) & (d) and 2

I further state that I am a(n) SPECIAL AGENT, FBI and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT DAVID MADIGAN

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_David B Madigan_
Signature of Complainant

Sworn to before me and subscribed in my presence,

9-12-03   at   BOSTON, MASSACHUSETTS
Date                         City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.